Alan F. Kaufman
NELSON MULLINS RILEY & SCARBOROUGH LLP
280 Park Avenue, 15th Floor West
New York, New York 10017
Tel: (646) 428-2600
Email: alan.kaufman@nelsonmullins.com

*Attorneys for Third-Party Defendants*
*Rapak, LLC, Liqui-Box Flexibles, LLC and TriMas Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLD STAR SALES AND LEASING, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TRU ASEPTICS, LLC, AND JOHN DOES 1-10, <br><br> Defendants/Counterclaim Plaintiffs | CIVIL ACTION NO. <br> 1:19-CV-14030-NLH-AMD |
| TRU ASEPTICS, LLC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> LIQUI-BOX FLEXIBLES, LLC, *et al.*, <br><br> Third-Party Defendants. | **THIRD-PARTY DEFENDANTS RAPAK, LLC, LIQUI-BOX FLEXIBLES, LLC AND TRIMAS CORPORATION ANSWER TO THIRD-PARTY DEFENDANT INTERNATIONAL DISPENSING CORPORATION'S CROSS-CLAIM FOR CONTRIBUTION** |

Third-Party Defendants Rapak, LLC ("Rapak"), Liqui-Box Flexibles, LLC ("Liqui-Box"),

and TriMas Corporation ("TriMas") (collectively, the "Liqui-Box Third-Party Defendants")

hereby respond to Third-Party Defendant International Dispensing Corporation's ("IDC") Cross-

Claim for Contribution (the "IDC Cross-Claim") as follows, and denies each and every allegation

not expressly admitted herein:

1.      The Liqui-Box Third-Party Defendants deny the allegations contained in Paragraph 1 of the IDC Cross-Claim.

2.      The Liqui-Box Third-Party Defendants lack information sufficient to admit or deny the allegations contained in Paragraph 2 of the IDC Cross-Claim. To the extent a response is required, the Liqui-Box Third-Party Defendants deny the allegations in this paragraph.

3.      The Liqui-Box Third-Party Defendants lack information sufficient to admit or deny the allegations in Paragraph 3 of the IDC Cross-Claim. To the extent a response is required, the Liqui-Box Third-Party Defendants deny the allegations in this paragraph.

4.      The Liqui-Box Third-Party Defendants deny the allegations and prayer for relief alleged in the paragraph beginning "WHEREFORE" on page 32 of IDC's pleading, and state that IDC is not entitled to any relief, and should take nothing.

WHEREFORE, having fully answered the IDC Cross-Claim, the Liqui-Box Third-Party Defendants respectfully request that the Court (1) enter judgment in favor of them and dismiss all claims asserted against them in this action in their entirety and with prejudice, (2) award the Liqui-Box Third-Party Defendants the costs, disbursements and attorneys' fees incurred by them in defending this action, to the extent authorized by law, and (3) award the Liqui-Box Third-Party Defendants such other and further relief as it may deem just and proper, and the Liqui-Box Third-Party Defendants demand a trial before a jury.

Dated: August 26, 2021

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Alan F. Kaufman*
                 Alan F. Kaufman

280 Park Avenue, 15th Floor West
New York, NY  10017
Phone: (646) 428-2600
Email: alan.kaufman@nelsonmullins.com

*Attorneys for Third-Party Defendants Rapak, LLC, Liqui-Box Flexibles, LLC and TriMas Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that this day I caused to be electronically filed the **THIRD-PARTY DEFENDANTS RAPAK, LLC, LIQUI-BOX FLEXIBLES, LLC AND TRIMAS CORPORATION ANSWER TO THIRD-PARTY DEFENDANT INTERNATIONAL DISPENSING CORPORATION'S CROSS-CLAIM FOR CONTRIBUTION** using CM/ECF which will send notification of such filing to all counsel of record.

This 26th day of August, 2021.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Alan F. Kaufman*
       Alan F. Kaufman

280 Park Avenue, 15th Floor West
New York, NY  10017
Phone: (646) 428-2600
Email: alan.kaufman@nelsonmullins.com

*Attorneys for Third-Party Defendants Rapak, LLC, Liqui-Box Flexibles, LLC and TriMas Corporation*