# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLD STAR SALES AND LEASING, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TRU ASEPTICS, LLC, AND JOHN DOES 1-10,<br><br>    Defendants/Counterclaim Plaintiffs | CIVIL ACTION NO.<br>1:19-cv-14030-NLH-AMD |
| TRU ASEPTICS, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>RAPAK, LLC, et al.<br><br>    Third-Party Defendants. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counterclaim Defendant Cold Star Sales and Leasing, Inc., Defendant/Counterclaim Plaintiff/Third-Party Plaintiff TRU Aseptics, LLC, and Third-Party Defendants Rapak, LLC, Liqui-Box Flexibles, LLC, TriMas Corporation, and International Dispensing Corporation (collectively, the "Parties"), by and through their undersigned counsel, submit herewith their Joint Stipulation for Dismissal with Prejudice of the above-captioned matter, as the Parties have reached a settlement resolving all claims in this action. Based on the foregoing, the Parties respectfully request that the Court dismiss with prejudice all pending claims, counterclaims, and cross-claims in this case, with each party bearing its own attorneys' fees and costs.

Dated:                                                            Respectfully submitted,

**GROSS MCGINLEY, LLP**                        **CALCAGNI KANEFSKY, LLP**

By: */s/ Adrian K. Cousens* (with consent)      By: */s/ Ralph J. Marra, Jr.*
    Adrian K. Cousens                                 Ralph J. Marra, Jr.
    33 South 7th Street, PO Box 4060             One Newark Center
    Allentown, PA  18105-4060                  1085 Raymond Boulevard, 14th Floor
    Telephone: (610) 820-5450                   Newark, NJ  07102
    Facsimile: (610) 820-6006                    Telephone: (862) 208-1819
    E-mail: acousens@grossmcginley.com      E-mail: rmarra@ck-litigation.com

*Counsel for Plaintiff/Counterclaim Defendant*    Sandra J. Wunderlich (*pro hac vice*)
*Cold Star Sales and Leasing, Inc.*                  TUCKER ELLIS LLP
                                                          100 South 4th Street, Suite 600
                                                          St. Louis, MO  63102
                                                          Telephone: (314) 256-2544
                                                          E-mail: sandra.wunderlich@tuckerellis.com

                                                          Robert J. Hanna (*pro hac vice*)
                                                          TUCKER ELLIS LLP
                                                          950 Main Avenue, Suite 1100
                                                          Cleveland, OH  44113
                                                          Telephone: (216) 696-3463
                                                          E-mail: robert.hanna@tuckerellis.com

                                                 *Counsel for Defendant/Counterclaim*
                                                 *Plaintiff/Third-Party Plaintiff TRU Aseptics,*
                                                 *LLC*

                                                 **NELSON MULLINS RILEY &**
                                                 **SCARBOROUGH LLP**

                                                 By: */s/ Alan Frederick Kaufman* (with consent)
                                                      Alan Frederick Kaufman
                                                      280 Park Avenue, 15th Floor West
                                                      New York, NY  10017
                                                      Telephone: (646) 428-2616
                                                      E-mail: alan.kaufman@nelsonmullins.com

                                                 *Counsel for Third-Party Defendants Rapak,*
                                                 *LLC, Liqui-Box Flexibles, LLC, and TriMas*
                                                 *Corporation*

**MAYER BROWN LLP**

By: */s/ Brian Nolan* (with consent)
    Brian Nolan
    Gina Del Tatto (*pro hac vice*)
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 506-2517
    E-mail: bnolan@mayerbrown.com
          gdeltatto@mayerbrown.com

    Michael J. Word (*pro hac vice*)
    Nicholas J. Ronaldson (*pro hac vice*)
    MAYER BROWN LLP
    71 South Wacker Drive
    Chicago, IL 60606
    Telephone: (312) 701-7355
    E-mail: mword@mayerbrown.com
          nronaldson@mayerbrown.com

*Counsel for Third-Party Defendant International Dispensing Corporation*